JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | Case No. SA CV 24-0949 FMO (ADSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANAHEIM GATEWAY RETAIL LLC, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 24th day of June, 2024.

/s/
Fernando M. Olguin
United States District Judge